# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SANDRA MARKS** | : | **CIVIL ACTION NO. 1:05-CV-1558** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **THE RESERVE AT HERSHEY MEADOWS and MEDIA NEWS SERVICE,** | : | |
| Defendants | : | |

-----------------------------------------------------------------------

| | | |
|---|---|---|
| **SANDRA MARKS** | : | **CIVIL ACTION NO. 1:06-CV-0914** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **BAILEY LANDSCAPE MAINTENANCE INCORPORATED,** | : | |
| Defendant | : | |

-----------------------------------------------------------------------

| | | |
|---|---|---|
| **SANDRA MARKS** | : | **CIVIL ACTION NO. 1:06-CV-1339** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **WILLIAM PRESCOTT and AMANDA PRESCOTT,** | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 23rd day of August, 2006, upon consideration of plaintiff's motions (Docs. 6, 10) to consolidate, filed in the case docketed as Civil Action No.

1:06-CV-0914, and it appearing that the above-captioned actions involve the same plaintiff, arise from the same underlying events and involve common questions of fact and law, see FED. R. CIV. P. 42(a), it is hereby ORDERED that:

1. The motions (Docs. 6, 10) to consolidate, filed in the case docketed as Civil Action No. 1:06-CV-0914, are GRANTED.

    a. The above-captioned cases are CONSOLIDATED for all purposes.

    b. The Clerk of Court is directed to CONSOLIDATE the cases docketed as Civil Action No. 1:06-CV-0914 and Civil Action No. 1:06-CV-1339 into the case docketed as Civil Action No. 1:05-CV-1558 and to CLOSE the cases docketed as Civil Action No. 1:06-CV-0914 and Civil Action No. 1:06-CV-1339.

2. All future documents filed in this consolidated case shall be filed under the case docketed as Civil Action No. 1:05-CV-1558.

3. All parties in the consolidated case shall meet and confer and file a joint case management plan on or before September 18, 2006.

4. All future motions and briefs in support thereof shall be filed as separate docket entries.[1]

       S/ Christopher C. Conner  
       CHRISTOPHER C. CONNER  
       United States District Judge

---

[1] (See Docket Annotation of July 19, 2006 (advising counsel to refile the motion and brief in support as separate docket entries)).