IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SANDRA MARKS,** : | **CIVIL ACTION NO. 1:05-CV-1558** |
|   Plaintiff : | (Judge Conner) |
|   v. : | (CONSOLIDATED) |
| **THE RESERVE AT HERSHEY MEADOWS, et al.,** : | |
|   Defendants : | |

## ORDER

AND NOW, this 13th day of December, 2006, following a telephone conference with all counsel of record and upon consideration of the order of court dated August 23, 2006 (Doc. 54), which consolidated Civil Action Nos. 1:06-CV-0914 and 1:06-CV-1339 into the above-captioned case, it is hereby ORDERED that:

1. The motion for summary judgment (Doc. 17), filed by defendant The Reserve at Hershey Meadows, and the motion for summary judgment (Doc. 21), filed by defendant Media News Service, are deemed WITHDRAWN without prejudice to the right to re-file after the close of the discovery period.

2. The motion in limine (Doc. 35), filed by defendant The Reserve at Hershey Meadows, and the motion in limine (Doc. 39), filed by defendant Media News Service, are deemed WITHDRAWN without prejudice to the right to re-file in accordance with the pre-trial schedule.

3. Plaintiff Sandra Marks is directed to appear for a deposition as noticed by defendants William Prescott and Bailey Landscape Maintenance, Inc. Such deposition shall occur at a time and place within the Middle District of Pennsylvania to be agreed upon by the parties.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge