IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA MARKS,<br>            Plaintiff<br><br>v.<br><br>THE RESERVE AT HERSHEY MEADOWS, ET AL.,<br>            Defendants | CIVIL ACTION NO. 1:05-CV-01558<br>(Judge Conner)<br><br>(CONSOLIDATED) |

FILED
HARRISBURG
FEB 0  2007
MA_____
Per_____ANDREA CLERK

## ORDER

AND NOW, this 8th day of February, 2007, upon consideration of Defendant Bailey Landscape Maintenance Incorporated's Motion to Amend Answer with Affirmative Defenses to Include Cross-Claims, and the concurrence of all parties therein, it is hereby ORDERED and DECREED that said Motion is GRANTED. It is ORDERED and DECREED that each Defendants' Answer with Affirmative Defenses are hereby deemed amended to include cross-claims for contribution and indemnity as against all other Defendants.

                                                            BY THE COURT:

                                                            _____
                                                                           J.